# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA



FILED BY _____ D.C.

MAY - 3 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

|  |  |
|---|---|
| **HAROLD JEAN-BAPTISTE** <br> 1605 NE 141st STREET <br> NORTH MIAMI FL 33181 | ) <br> ) <br> ) <br> ) |
| **Plaintiff** | ) |
| **V.** | ) |
| **Copart** <br> 14185 DALLAS PARKWAY <br> SUITE 400 <br> DALLAS, TX 75254 | ) <br> ) <br> ) <br> ) <br> ) |
| REGISTEERED AGENT: <br> CORPORATION SERVICE COMPANY <br> 1201 HAYS STREET <br> TALLAHASSEE, FL 32301-2525 | ) <br> ) <br> ) <br> ) |
| **V.** | ) |
| **Abetterbid LLC** <br> 15431 WEST DIXIE HIGHWAY <br> BAY #3 <br> NORTH MIAMI BEACH, FL 33162 | ) <br> ) <br> ) <br> ) |
| REGISTEERED AGENT: <br> JURGIS, PLIKAITIS <br> 15431 WEST DIXIE HIGHWAY <br> BAY #3 <br> NORTH MIAMI BEACH, FL 33162 | ) <br> ) |

**Defendants**

1

**COMPLAINT FOR VIOLATION 15 U.S. CODE § 45, 15 U.S. CODE § 52, 15 U.S. CODE § 53, 15 U.S. CODE § 54, 18 U.S. CODE § 241, 18 U.S. CODE § 511 AND NEGLIGENCE**

**NATURE OF ACTION**

The plaintiff brings this action under 15 U.S. Code § 45, 15 U.S. Code § 52, 15 U.S. Code § 53, 15 U.S. Code § 54, 18 U.S. Code § 241 and 18 U.S. Code § 511. Plaintiff bring this action individually and on behalf of himself against Abetterbid LLC and Copart who have been conspired to violate Constitutional Civil Rights, Counterfeiting and Forgery, False Advertising, Negligence, and Federal Trade Commission Act.  The defendant's willfully, negligently and lack of care of duty and collusion sold an illegal vehicle purposely to put the plaintiff in position to violate Federal Law, knowingly selling a vehicle with a tampered Vehicle Identification Number (VIN) (Tampered VIN: # JB116 4704866) on their website and facility to the plaintiff. The defendants offered a vehicle for sale base on False Advertisement practices to generate a higher sale price for a vehicle, the defendants never stated the Vehicle Identification Number (VIN) was tampered or not matching the Title Certificate of the vehicle.  The defendants never stated accurately on their website the true condition of the vehicle was not fit for the driving or repair.  The Vehicle Identification Number (VIN), displayed on Abetterbid LLC and Copart website is (VIN: # SALTY16443A795471) which is located on the door and dash of the vehicle as stated by law. The actions of the defendant's negligence and purposely mislead the plaintiff to purchase an illegal vehicle and treated the plaintiff in a cruel and inhuman manner, their action was intended to compromise the freedom of the plaintiff to propel the plaintiff to violate Federal Law willfully and negligently. Plaintiff was taking advantage of and suffered adverse cruel human treatment by Abetterbid LLC and Copart.

**JURISDICTION AND VENUE**

1. Jurisdiction is proper in this court in that the district courts have original jurisdiction over Title VII, under 28 U.S.C. § 1331 and 1343 and 42 U.S.C. § 2000e-5(f)(3), because

they arise under the laws of the United States and are brought to recover damages for deprivation of Civil Rights, Negligence, Constitutional Rights, Counterfeiting and Forgery and violation Federal U.S Codes.

2. Venue is proper in this judicial district under 28 U.S.C. § 1391(b)-(c) and 42 U.S.C. § 2000e-5(f)(3), the defendant's registered agent, or office is located in this district, the personnel records relevant to this case are in this district and the personnel practices challenges herein were directed or supervised by defendants in this district.

3. Plaintiff have exhausted administrative remedies prior to bringing this suit. The plaintiff requested a full refund of the transaction, vehicle removed from his property and informed Abetterbid LLC and Copart the vehicle violate Federal Law on 4/22/20. Hence why this lawsuit has been filed again Abetterbid LLC and Copart requesting the court to resolve this matter.

4. Abetterbid LLC and Copart Inc is sued herein in his official capacity.

5. Plaintiff Harold Jean-Baptiste, a is a resident of the state of Florida in the Southern District.

## FACTUAL BACKGROUND

6. On April 12, 2021 9:12pm UTC
    a. The plaintiff purchased a vehicle on Copart via Abetterbid.com for a 2003 Land Rover Discovery 4.6L for Sale in Pennsburg PA - Lot: 38807881 advertise as "Normal Wear" and "Clean Title" vehicle "Runs and Drive" to register in Florida State. The images of the vehicle never displayed the tampered Vehicle Identification Number (VIN), (Tampered VIN: # JB116 4704866), or the vehicle condition was not fit for driving.

7. April 14, 2021
    c. A wire transfer via Chase Bank was sent for payment of the vehicle to Abetterbid LLC for $4208.00. A receipt of payment was received by the

3

        Abetterbid LLC on April 14, 2021.

11. April 15, 2021
    a. Abetterbid LLC rush the vehicle for shipment using Cedar Courier Inc to the plaintiff mother's home 253-37 148th Drive, Rosedale NY 11422 at 9:30 pm and drop the vehicle two block away on 149th Ave Drive and 253rd Street in Rosedale so the plaintiff can come get the car, the plaintiff informed the driver his not able to drive in New York State base on traffic ticket that has been resolve now and the plaintiff's sister Fiara Eugene would drive the car two block to his home.  At the around corner at 148th Drive and 253rd Street was a NYPD Police car park observing the delivery of the car, plaintiff's sister Fiara Eugene was witness to this event.

12. April 20, 2021
    f. The plaintiff inspected the car and realized the vehicle as a tampered Vehicle Identification Number under the hood on the driver side front leg of the car. The plaintiff email Abetterbid LLC at info@abetter.bid  and Edward Davidheiser at Edward.Davidheiser@Copart.Com the General Manager of the lot the vehicle was sold at,  to informed them the vehicle was an illegal vehicle because the Vehicle Identification Number was tampered with.  Edward Davidheiser requested proof of the tampered Vehicle Identification Number and the plaintiff share images via email to show the two Vehicle Identification Numbers (Tampered VIN: # JB116 4704866) on the car violate Federal Law, 18 U.S. Code § 511-Altering or removing motor Vehicle Identification Numbers.

13. April 21, 2021
    a. Edward Davidheiser emailed the plaintiff stated the tampered Vehicle Identification Number (VIN) image sent was accurate number. He stated, "The photo you sent is not a VIN, nor is it intended to", the plaintiff stated by Federal Law a vehicle can only have one Vehicle Identification number, and that number under the hood is tampered Vehicle Identification Number (VIN)

4

(Tampered VIN: # JB116 4704866).   The plaintiff clearly stated via email that no other part on the car has part a number and the tempered Vehicle Identification Number (VIN) under the hood violate Federal Law (U.S. Code § 511) should not have been sold to the plaintiff and position the plaintiff to be arrested under Federal Law.  Most importantly the actions of Abetterbid LLC and Copart infringe to violate the plaintiff's Civil Rights, by selling an illegal vehicle willfully and negligently.  Selling a vehicle that is illegal willfully and negligently is an attempt to set the plaintiff for Federal Arrest.

14. April 22, 2021

    g.  The plaintiff call Edward Davidheiser to request a full refund and come remove the vehicle out his driveway, Edward Davidheiser who is the General Manager of a Copart facility told the plaintiff he should go register the vehicle at DMV with a tampered Vehicle Identification Number (Tampered VIN: # JB116 4704866) that would not be an issue.  Edward Davidheiser purposely advised the plaintiff to register an illegal vehicle to place the plaintiff in a position to be arrested. The plaintiff emailed Edward Davidheiser of the request and wanted confirmation of what he stated and the actions to conspire to violate the plaintiff's Civil Rights.

**THE UNLAWFUL PRACTICES**

15. The defendants target the plaintiff with malicious intentions and negligent to sale an illegal vehicle to take advantage of the plaintiff by treated him unfairly and conspire to violate Federal Law 15 U.S. Code § 45, 15 U.S. Code § 52, 15 U.S. Code § 53, 15 U.S. Code § 54, 18 U.S. Code § 241 and 18 U.S. Code § 511.  Abetterbid LLC and Copart conspire to take advantage of the plaintiff by selling him an illegal vehicle and place in position to violate Federal Laws (U.S. Code § 511) and to steal the plaintiff freedom.

**THE PLAINTIFFS BACKGROUND**

5

16. Plaintiff Harold Jean-Baptiste graduated cum laude from Long Island University with Bachelor's in Information System, Summa Cum Laude, MBA in Finance Magna Cum Laude from Long Island University and Juris Doctorate Student at University of Baltimore. The plaintiff has a clean background.

## VIOLATION OF LAW

17. The defendants Abetterbid LLC and Copart violated Federal Trade Commission practice by using unfair methods of competition unlawful; prevention by Commission to take advantage of the plaintiff violate 15 U.S. Code § 45.

18. The defendants Abetterbid LLC and Copart violated Counterfeiting and Forgery to a vehicle and selling a Counterfeiting and Forgery vehicle to take advantage of plaintiff violate 18 U.S. Code § 511.

19. The defendants Abetterbid LLC and Copart violated Federal Trade Commission practice by Dissemination of false advertisements to take advantage of the plaintiff violate 15 U.S. Code § 52.

20. The defendants Abetterbid LLC and Copart violated Federal Trade Commission practice by false advertisements violation of section 52 to take advantage of the plaintiff violate 15 U.S. Code § 53.

21. The defendants Abetterbid LLC and Copart violated Federal Trade Commission practice by false advertisements to defraud or mislead violation of section 52(a) to take advantage of the plaintiff violate 15 U.S. Code § 54.

22. The defendants Abetterbid LLC and Copart were negligent, lack of care of duty to sale an illegal vehicle to position the plaintiff to violate Federal Law 18 U.S. Code § 511.

23. The Abetterbid LLC and Copart willfully and negligently conspire to oppress, deprivation rights, privileges, or protected by the Constitution or Laws of the United States, direct violation of 18 U.S. Code § 241.

Plaintiff have experienced severe and pervasive unfair treatment which a reasonable person would tolerate. WHEREFORE, Plaintiff request that the court to execute a full fact-finding review, since April 12, 2021 of adverse action on the plaintiff, which was subjected to an unfair treatment, suffered severe emotional distress because of the cruel intention. The Abetterbid LLC and Copart are liable for the actions against the plaintiff willfully and negligently, lack of care of duty and violating Constitutional Civil Rights Laws and Federal Statutes. The plaintiff file suit to resolve this matter and prevent these actions to propel the plaintiff violate Federal Laws.

**PRAYER FOR RELIEF**

Plaintiffs request relief as follows:
a. Issue a Declaratory Judgment against Abetterbid LLC and Copart practices violate 15 U.S. Code § 45, 15 U.S. Code § 52, 15 U.S. Code § 53, 15 U.S. Code § 54, 18 U.S. Code § 511, 18 U.S. Code § 241, 18 U.S. Code § 511 and Negligence.

b. Order the Abetterbid LLC and Copart to issue a full refund of the transaction, remove the vehicle on the plaintiff's property.

c. Award punitive damages $50,000,000 for violation of Federal law and selling the plaintiff a vehicle that would oppress his livelihood and subjected to violate Federal Statute. Plaintiff's freedom is priceless, being here to raise his 6-year-old son is priceless and being here to help is 73-year-old mother is priceless.

d. Award damages for emotional distress for the plaintiff based on the fact the

7

       actions of the defendant cause emotion harm to compromise the plaintiff's freedom.

   e.  Award any Attorneys' fees according to proof.

   f.  Provide such other relief as may be deemed just and Prop.

Respectfully Submitted

/s/*Harold Jean-Baptiste*

_____

Harold Jean-Baptiste
1605 141st Street
North Miami FL, 3181
E-Mail: hbaptiste@influctec.com
786-657-8158 Cell

ROUTING SLIP

Date: 5/3/21

CHECK LOG NO: 33098

FEE RECEIVED FROM: Our Life Magazine incorporated

IN THE AMOUNT OF: $402.00

CASE/REMARKS: New Case - Harold Jean Baptiste vs Coport & Abetterbird

CASHIER: _____   RECEIVING CLERK: _____

Please forward to Cashier when completed. Thank you.



OUR LIFE MAGAZINE INCORPORATED
1661 GREENWAY BLVD
VALLEY STREAM, NY 11580-1243

DATE 4/26/21

PAY TO THE ORDER OF: U.S. District Courts   $ 402.00

Four hundred two dollars 00

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO: Court case

Harold Jean-Baptiste
1605 NE 141 Street
North Miami FL 33181



7020 0090 0001 0268 3862

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7020 0090 0001 0268 3862

US District Court
Clerk's office
400 North Miami Au
Miami FL 33128

U.S.M.S. INSPECTED BY: